STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GEORGE W. COMSTOCK, PLAINTIFF IN ERROR.

Submitted March 21, 1921—Decided June 20, 1921.

On error to the Supreme Court, whose opinion is reported in 95 *N. J. L.* 321.

For the defendant in error, *J. Henry Harrison*.

For the plaintiff in error, *Merritt Lane*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 10.

*For reversal*—None.